1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALAN T. HOFFMAN,                              No.  2:13-cv-1571 AC

12              Plaintiff,

13         v.                                       ORDER

14    CAROLYN W. COLVIN, Acting
      Commissioner of Social Security,

15
                Defendant.
16

17         Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma

18    pauperis.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

19    unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

20    forma pauperis will be granted.  28 U.S.C. § 1915(a).

21         In accordance with the above, IT IS HEREBY ORDERED that:

22         1.  Plaintiff's request to proceed in forma pauperis is granted.

23         2.  The Clerk of the Court is directed to serve the undersigned's scheduling order in social

24    security cases.

25         3.  The Clerk of the Court is further directed to serve a copy of this order on the United

26    States Marshal.

27         4.  Within fourteen days from the date of this order, plaintiff shall submit to the United

28    States Marshal a completed summons and copies of the complaint and file a statement with the

                                                  1

1   court that said documents have been submitted to the United States Marshal.

2         5.  The United States Marshal is directed to serve all process without prepayment of costs

3   not later than sixty days from the date of this order.  Service of process shall be completed by

4   delivering a copy of the summons and complaint to the United States Attorney for the Eastern

5   District of California, and by sending a copy of the summons and complaint by registered or

6   certified mail to the Attorney General of the United States at Washington, D.C.  <u>See</u> Fed. R. Civ.

7   P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by

8   registered or certified mail to the Commissioner of Social Security, c/o Office of General

9   Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA  94105-1545.  <u>See</u> Fed. R.

10   Civ. P. 4(i)(2).

11   DATED: August 19, 2013

12

13                             ALLISON CLAIRE

14                             UNITED STATES MAGISTRATE JUDGE

15

16

17

/mb;hoff1571.ifp

18

19

20

21

22

23

24

25

26

27

28

2