BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Action Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL, SBN Calif. 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ALAN T. HOFFMAN, ) | |
| ) | CIVIL NO. 13-01571-AC |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER FOR** |
| ) | **REMAND PURSUANT TO SENTENCE** |
| MICHAEL J. ASTRUE, ) | **FOUR OF 42 U.S.C. § 405(g), and** |
| Commissioner of ) | |
| Social Security, ) | **REQUEST FOR ENTRY OF JUDGMENT** |
| ) | **IN FAVOR OF PLAINTIFF AND** |
| Defendant. ) | **AGAINST DEFENDANT** |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

    Update the evidence of record, to include all evidence relied upon in reaching a decision; obtain a mental consultative examination with intellectual testing and/or medical expert testimony; and further evaluate

the claimant's mental impairments, including an evaluation of whether these impairments meet or equal a Listed Impairment at step three.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 14, 2014

/s/ *Laura Krank*
(As authorized via email on 2/12/2014)
LAURA KRANK
Attorney for Plaintiff

Dated: February 14, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Sundeep R. Patel*
SUNDEEP R. PATEL
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: February 14, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE